ZERELDA W. BEATY v. WALTER R. BACON and Others, as Executors, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

FRANK J. BAUMERT and Others v. MAUFRED MALKIN and Others.— Motion denied, with ten dollars costs.    (See *Terwilliger* v. *Browning, King & Co.*, 207 N. Y. 479, 481.)    Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

BAYARD PRODUCTS COMPANY, INC., v. PAUL GROSS and Others.— Motions denied, with ten dollars costs, and stays vacated.    Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ANNIE F. FAHNESTOCK v. FRANCES H. TOWNSEND.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ALBERT E. WEIL v. HARRIS HAUSMAN and Others.— Application denied, with ten dollars costs.    Order signed.    Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

GOSHI K. Y. SOHONTEN v. FRANCE & CANADA STEAMSHIP COMPANY, LTD.— Motion to dismiss appeal denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LOUIS WILSON, Respondent, v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, a Joint Stock Association, etc., Appellant.— Judgment and orders reversed and new trial ordered, with costs to appellant to abide event, on the ground that the verdict is against the weight of the evidence.    Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of the Application of BRONX PARKWAY COMMISSION, Respondent, to Acquire Title to Lands of FILOMENA CIPOLLA, Appellant, and Others.— Judgment affirmed, with costs.    No opinion.    Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THE CORN EXCHANGE BANK, Respondent, v. MANHATTAN SAVINGS INSTITUTION, Impleaded with FLORENCE BLENDERMANN, Appellant.— Determination affirmed, with costs.    No opinion.    Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

HENRY SILBERSTEIN, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Order reversed, with costs, and verdict reinstated and judgment ordered to be entered thereupon, with costs.    No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

EUGENE J. MALEADY, Respondent, v. FRANK M. TALBOT, Appellant.— Judgment and order affirmed, with costs.    No opinion. . Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

DAVID H. HYMAN, Respondent, v. MAX RADT, Appellant.— Judgment and order affirmed, with costs.    No opinion.    Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

NATHANIEL C. GOODWIN, Also Known as NAT. C. GOODWIN, Respondent, v. MIRROR FILMS, INC., Appellant.— Judgment and order affirmed, with costs.    No opinion.    Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.